61 A.3d 979

**DISCOVER BANK, Respondent**

v.

**Albert ROYAL, Petitioner.**

**No. 195 EM 2012.**

Supreme Court of Pennsylvania.

Jan. 14, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 14th day of January, 2013, the "Petition for Allowance of Review" is **DENIED.**